STATE OF NEW JERSEY v. ANTHONY CONSOLE.

Oct. 4, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. MIDLAND INSURANCE CO.
AND LEROY BROWN, JR.

Oct. 4, 1979. Petition for certification denied. (See 167 *N.J.Super.* 419).

STATE OF NEW JERSEY v. MIDLAND INSURANCE COMPANY
AND JOSEPH COLORUSSO.

Oct. 4, 1979. Petition for certification denied.

ERWIN LLOYD CURTIS v. ROBERT A. FINNERAN.

Oct. 4, 1979. Petition for certification granted.

PHK CORPORATION v. JOHN M. CHOHAMIN.

Oct. 4, 1979. Petition for certification denied. (See 167 *N.J.Super.* 578).